This is to advise that on November 15, 2007

Judge Timothy C. Stanceu

Issued CONFIDENTIAL Slip Opinion 07-168

In action

Consol. Ct. No. 04-00240

Jinan Yipin Corporation, Ltd., and
Shandong Heze International Trade
and Developing Company,
(Plaintiffs,)

v.

United States
(Defendant,)

and

Fresh Garlic Producers Association,
Christopher Ranch, L.L.C., The Garlic,
and Vessey and Company, Inc.,
(Defendant-Intervenors.)